# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
Case No. 3:25-cv-512

|  |  |
|---|---|
| ANDREW DIXON,<br><br>       *Plaintiff*,<br><br>  v.<br><br>OFFICER JALPA PATEL, in his individual and official capacity; OFFICER JACK MORAN, in his individual and official capacity; OFFICER KYLE BROWN, in his individual and official capacity; OFFICER JORGE SANTIAGO, in his individual and official capacity; CHIEF OF POLICE JOHNNY JENNINGS, in his individual and official capacity,<br><br>       *Defendants*. | **NOTICE OF REMOVAL TO FEDERAL COURT** |

PLEASE TAKE NOTICE that, Defendant Chief of Police Johnny Jennings, in his official capacity ("Chief Jennings"), without waiving any defenses under Federal Rules of Civil Procedure 12(b), by and through undersigned counsel, remove the above-captioned action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

In support of this Notice of Removal, Chief Jennings state as follows:

1.      On January 9, 2025, Plaintiff Andrew Dixon filed a Complaint in the Superior Court of Mecklenburg County, North Carolina styled as *Andrew Dixon v. Officer Jalpa Patel et al*, 25CV001322-590 (the "First Action").

1

2.      Defendants removed the First Action to this Court, and the removed case was styled as *Andrew Dixon v. Officer Jalpa Patel et al*, 3:25-cv-110. Plaintiff voluntarily dismissed the First Action on February 24, 2025. (Exhibit 1, Notice of Dismissal.)

3.      On June 10, 2025, Plaintiff filed a new Complaint in Mecklenburg County Superior Court, which is captioned as *Andrew Dixon v. Officer Jalpa Patel et al*, 25CV028608-590 (the "Second Action"). As of the date of this filing, the only defendant to have been served in the Second Action is Chief Jennings, in his official capacity only.

4.      The Complaint in the Second Action (attached hereto as Exhibit 2) is identical to the complaint in the First Action.

5.      Just as in the First Action, the Complaint in the Second Action alleges, pursuant to 42 U.S.C. § 1983, that Defendants prosecuted Plaintiff in violation of his federal constitutional rights.

6.      This case is a civil suit for damages allegedly arising under the United States Constitution. Accordingly, the Court has subject matter jurisdiction under 28 U.S.C. § 1331. This action is removable to federal court pursuant to 28 U.S.C. § 1441. Further, this Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

7.      The United States District Court for the Western District of North Carolina encompasses the state court in which Plaintiff filed this action.

8.      Written notice of filing of this Notice of Removal will be served upon Plaintiff's counsel.

9.      A copy of this Notice of Removal to Federal Court is being filed contemporaneously in the Superior Court of Mecklenburg County, North Carolina, as shown by the Notice attached hereto as Exhibit 3.

WHEREFORE, Defendant Chief Jennings hereby give notice that this action has been removed from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina.

Dated: July 15, 2025                           Respectfully submitted,

                                               **OFFICE OF THE CITY ATTORNEY**

                                               /s/ *Taylor Imperiale*
                                               Taylor Imperiale (N.C. Bar No. 61777)
                                               Assistant City Attorney
                                               Charlotte-Mecklenburg Government Center
                                               600 E. Fourth Street
                                               Charlotte, North Carolina 28202
                                               Telephone: (980) 275-9796
                                               Taylor.Imperiale@charlottenc.gov

                                               *Counsel for Defendant Johnny Jennings, in his official capacity*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Notice of Removal was served in this action via email and by depositing a copy of same in the United States mail, postage prepaid, addressed to Plaintiff's counsel of record as follows:

William Trippe Mckeny
403 East Front Street
Statesville, NC 28677
trippe@mckenylawfirm.com


Dated: July 15, 2025

/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)

4

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:25-cv-110

|  |  |
|---|---|
| ANDREW DISXON,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER JALPA PATEL, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER JACK MORAN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER KYLE BROWN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; OFFICER JORGE SANTIAGO, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; CHIEF OF POLICE JOHNNY JENNINGS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,<br><br>        Defendants. | **NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a) (1)(i), The Plaintiff takes a voluntary dismissal without prejudice of all claims asserted in this action.


This  24th  day of February 2025.

s/ William Trippe Mckeny
The McKeny Law Firm
403 E. Front Street
Statesville, NC 28677
Facsimile: (980) 225-0382
trippe@mckenylawfirm.com
*Counsel for Plaintiff*

# EXHIBIT 2

# The Mckeny Law Firm

**403 E. Front Street**
**Statesville, NC 28677**



**William Trippe Mckeny**
**Attorney at Law**

**Telephone: 704-771-0015**
**trippemckeny@hotmail.com**

**June 10, 2025**

Charlotte City Manager
Attn: Marcus D. Jones
600 East 4th Street
Charlotte, NC 28202

RE: Service-Dixon vs Officer Jalpa Patel, Officer Jack Moran, Officer Kyle Brown, Officer Jorge Santiago and Chief of Police Johnny Jennings- 25CV028608-590

Dear Mr. Jones:

Enclosed please find the Civil Summons and Complaint that has been filed against each of the Defendants mentioned above. Please keep this copy for your records. If you have any questions, please do not hesitate to give me a call. Thank you and I hope you have a great day.

Sincerely,

Marisol for
William Trippe McKeny

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Andrew Dixon | **CIVIL SUMMONS** |
| *Address*<br>C/O William Trippe McKeny   403 E. Front Street | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip*<br>Statesville, NC 28677 | G.S. 1A-1, Rules 3 and 4 |
| **VERSUS** | *Date Original Summons Issued* |
| *Name Of Defendant(s)*<br>Officer Jalpa Patel | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>Officer Jalpa Patel<br>c/o Charlotte-Mecklenburg Police Dept.<br>601 E. Trade Street<br>Charlotte, NC 28202 | *Name And Address Of Defendant 2* |
|---|---|

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>William Trippe McKeny<br>The McKeny Law Firm<br>403 East Front Street<br>Statesville, NC 28677 | *Date Issued*  6/10/2025  *Time* 10:25:04 am  ☐ AM  ☐ PM |
|---|---|
| | *Signature*  /s/ Norris Browne |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement*  *Time*  ☐ AM  ☐ PM |
|---|---|
| | *Signature* |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| Andrew Dixon | **CIVIL SUMMONS** |
| Address | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| C/O William Trippe McKeny   403 E. Front Street | |
| City, State, Zip | |
| Statesville, NC 28677 | G.S. 1A-1, Rules 3 and 4 |

**VERSUS**

| Name Of Defendant(s) | |
|---|---|
| Officer Jack Moran | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Officer Jack Moran | |
| c/o Charlotte-Mecklenburg Police Dept. | |
| 601 E. Trade Street | |
| Charlotte, NC 28202 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | | |
|---|---|---|---|
| William Trippe McKeny | 6/10/2025   10:25:04 am | ☐ AM ☐ PM | |
| The McKeny Law Firm | Signature | | |
| 403 East Front Street | /s/ Norris Browne | | |
| Statesville, NC 28677 | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM | |
| | Signature | | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|
| | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Andrew Dixon | |
| *Address*<br>C/O William Trippe McKeny   403 E. Front Street | **CIVIL SUMMONS**<br>☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip*<br>Statesville, NC 28677 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| *Name Of Defendant(s)*<br>Officer Kyle Brown | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>Officer Kyle Brown<br>c/o Charlotte-Mecklenburg Police Dept.<br>601 E. Trade Street<br>Charlotte, NC 28202 | *Name And Address Of Defendant 2* |
|---|---|

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>William Trippe McKeny<br>The McKeny Law Firm<br>403 East Front Street<br>Statesville, NC 28677 | *Date Issued*  6/10/2025 | *Time* 10:25:04 am ☐ AM ☐ PM |
|---|---|---|
| | *Signature*  /s/ Norris Browne | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|
| | | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|
| | | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg **County**

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Andrew Dixon | |
| *Address*<br>C/O William Trippe McKeny   403 E. Front Street | **CIVIL SUMMONS** |
| *City, State, Zip*<br>Statesville, NC 28677 | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |

**VERSUS**

G.S. 1A-1, Rules 3 and 4

| | |
|---|---|
| *Name Of Defendant(s)*<br>Officer Jorge Santiago | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>Officer Jorge Santiago<br>c/o Charlotte-Mecklenburg Police Dept.<br>601 E. Trade Street<br>Charlotte, NC 28202 | *Name And Address Of Defendant 2* |
|---|---|

⚠ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra!** Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>William Trippe McKeny<br>The McKeny Law Firm<br>403 East Front Street<br>Statesville, NC 28677 | *Date Issued*<br>6/10/2025 | *Time*<br>10:25:04 am ☐ AM ☐ PM |
|---|---|---|
| | *Signature*<br>/s/ Norris Browne | |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | | Name Of Defendant |
|---|---|---|---|---|
| | | ☐ AM | ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | | Name Of Defendant |
|---|---|---|---|---|
| | | ☐ AM | ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| | |
| Date Of Return | County Of Sheriff |
| | |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Andrew Dixon | |
| *Address*<br>C/O William Trippe McKeny   403 E. Front Street | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| *City, State, Zip*<br>Statesville, NC 28677 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| *Name Of Defendant(s)*<br>Chief Johnny Jennings | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| *Name And Address Of Defendant 1*<br>Chief Johnny Jennings<br>c/o Charlotte-Mecklenburg Police Dept.<br>601 E. Trade Street<br>Charlotte, NC 28202 | *Name And Address Of Defendant 2* |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | |
|---|---|
| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>William Trippe McKeny<br>The McKeny Law Firm<br>403 East Front Street<br>Statesville, NC 28677 | *Date Issued*  6/10/2025  *Time* 10:25:04 am ☐ AM ☐ PM |
| | *Signature*  /s/ Norris Browne |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

| | |
|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement*  *Time*  ☐ AM ☐ PM |
| | *Signature* |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|
| |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with) |
|---|
| |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

25CV028608-590

| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>25 CVS _____ |

| | | |
|---|---|---|
| ANDREW DIXON<br>    Plaintiff(s) | ) <br> ) <br> ) | **COMPLAINT** |
| -vs- | ) <br> ) <br> ) | |
| OFFICER JALPA PATEL, in his individual and official<br>capacity;<br>OFFICER JACK MORAN, in his individual and official<br>capacity;<br>OFFICER KYLE BROWN, in his individual and official<br>capacity;<br>OFFICER JORGE SANTIAGO, in his individual and<br>official capacity;<br>CHIEF OF POLICE JOHNNY JENNINGS, in his<br>Individual capacity and official capacity | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
|     Defendant(s). | ) | |

      Plaintiff files this action seeking relief for Malicious Prosecution and violation of rights under the United States Constitution and the North Carolina Constitution Article I Section 19 and 42 U.S.C. Sec. 1983 for Deprivation of Fourth Amendment Rights while a citizen of the United States of America and North Carolina.

      Plaintiff requests that damages be considered by the Court for actual damages and punitive damages and any other relevant considerations raised by the pleadings herein.

### PARTIES

1. The Plaintiff is Andrew Dixon a citizen and resident of Charlotte in Mecklenburg County, North Carolina.

2.   Defendants are current or former employees of the Charlotte Mecklenburg Police Department in Mecklenburg County, North Carolina.

### JURISDICTION AND VENUE

5. The Superior Court has jurisdiction over his matter under Chapter 7A of the General Statues, N.C.G.S. {1-253}and Art IV section 9 of the North Carolina Constitution and any other applicable statute or regulation.

6. Under 42 U.S.C. Section1983, a person may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and {federal laws}. Under Bivens v. Six Unknown Named Agents of Federal Bureau of

Narcotics, 403 U.S. 388(71), you may sue federal officials for the violation of certain constitutional rights.

    A. Plaintiff files this suit against Defendants, State and local officials (a) under a section 1983 claim for violation of the decedent's constitutional rights against the use of unreasonable seizure and restraint including but not limited to improper deprivation of Plaintiffs freedom by incarceration without cause.

    B. Defendants violated the Plaintiffs constitutional rights guaranteed under the 14th Amendment and Equal protection and any other applicable statue or constitutional provision by using excessive force against the Plaintiff by initiating charges of Possession of Firearm by a Felon, Assault on a Female and additional charges without any probable cause to do so, resulting in the Plaintiff's arrest, wrongful detention and loss of job.

    C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights.

    D. Section 1983 allows Defendants to be found liable only when they have acted "under color of any statue, ordinance, regulation, custom, or usage, of any State or Territory or the District of Colombia." 42 U.S.C Section1983.

    E. Each Defendant was acting under color of North Carolina statues, ordinance, regulation, custom, or usage. In violation of the Plaintiffs Constitutional Rights and 42 U.S.C. Section 1983, and the North Carolina Constitutional by acting in the capacity of Charlotte Mecklenburg Department Employees either as a patrol officer, supervisor, and support officers or investigators.

## FACTS

7. The events occurred on or about May 2, 2020 at the Plaintiff's home at 12305 Panthersville Drive, Charlotte, NC 28269, the Plaintiff was a t home and the Plaintiff's then girlfriend Jennifer Fontana called 911 alleging that she was assaulted and that the Plaintiff had a gun, upon information and belief the Defendants arrived on the scene and found no gun and no evidence of assault, nevertheless the Defendants arrested the Plaintiff and the Plaintiff was placed in the Mecklenburg County Jail where he had to bond out of jail.

8. Defendants violate the Plaintiff/Decedents constitutional rights guaranteed under the 14th Amendment and Equal protection, The North Carolina Constitution and any other applicable statue or constitutional provision by instituting charges of Assault on Female and Possession of Firearm by a Felon among other charges without probable cause to do so, including a lack of sufficient evidence to bring any charges deficiencies including not finding a gun at the scene or having any evidence of Assault on Female other than statements by the complaining individual Jennifer Fontana, resulting in the arrest, detention and prosecution of the Plaintiff in violation the Plaintiff's Constitutional Rights under the United States Constitution and North Carolina Constitution.

9. Plaintiff was arrested and incarcerated in violation of his Constitutional Rights under the 4th, 8th, and 14th Amendments to the United States Constitution to be free from

unreasonable search and seizure of his person and property, cruel and unusual punishment, pain, suffering, and emotional trauma.

## FIRST CLAIM RELIEF
### (North Carolina State Constitution)

10. Plaintiff/Decedent had a right to be free from deprivation of any rights. Privileges, or immunities secured by the United States Constitution and The North Carolina Constitution.

11. Defendant's actions which were directed at the Plaintiff listed above, were not necessary and not based on probable cause, the institution of charges, arrest and incarceration upon information and belief, violated the fourth, eighth and fourteenth amendment rights of the Plaintiff and also contravened North Carolina General Statutes.

12. Defendants institution of charges without probable cause, upon information and belief violated the Plaintiff's Constitutional Rights under the United States Constitution and the North Carolina Constitution.

13. Plaintiff was improperly charged and arrested and was the victim of conscious shocking extra judicial use of arrest and seizure powers without due process in Violation of the United States Constitution and the North Carolina Constitution Article I Section 19 and any other applicable section of the North Carolina Constitution.

## SECOND CLAIM FOR RELIEF
### (Malicious Prosecution)

14. Plaintiff incorporates by reference the allegations set forth in paragraphs 1-13 of the Complaint as if fully set forth herein.

15. The individual Defendants acted with malice in initiating the charges against the Plaintiff.

16. The individual Defendants initiated or caused the Plaintiff to be charged with Possession of Firearm by a Felon, False Imprisonment, Assault by pointing a gun, Interfere with emergency communication and Assault on Female.

17. The individual Defendants acted with malice in initiating the charges against the Plaintiff.

18. There was a lack of probable cause for the initiation of the charges against the Plaintiff.

19. The charges were dismissed, and the termination of the previous proceeding was in the Plaintiff's favor.

20. Defendant Johnny Jennings is responsible for the injuries and damages suffered by Plaintiff as a result of the actions of individual Defendants pursuant to the doctrine of respondent superior.

21. As a direct and proximate result of Defendants' malicious prosecution of Plaintiff, Plaintiff has suffered damages and losses as described herein entitling him to compensatory damages in excess of $25,000.00.

22. Plaintiff is entitled to punitive damages against each defendant due to the malice with which they initiated the above-identified charges.

## DEMAND FOR JURY TRIAL

Plaintiff Respectfully demands a trial by jury on all issues so triable arising out of this action.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs respectfully pray the Court for the following relief:

1. That the Court finds violations of Plaintiff's Constitutional Rights as discussed above.

2. That the Court award the Plaintiff Compensatory Damages in excess of 25,000.00 dollars.

3. That the Court award the Plaintiff Punitive Damages in excess of 25,000.00 dollars.

4. That the Court allow Plaintiff recovery of all costs of this action, including reasonable attorney fees.

5. For any other relief the Court deems and just and proper.

This the 9th day of June 2025.

William Trippe Mckeny
Attorney for Defendant
403 East Front Street
Statesville, NC 28677
Telephone: 704-771-0015
NC State Bar: 30648

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

**Andrew Dixon** having first duly sword, acknowledges that he is the Plaintiff in the forgoing action, that he has read the foregoing Complaint and the same is true of his own knowledge except as to those things stated upon information and belief and, as to those, he believes them to be true.

ANDREW DIXON

Subscribed and Sworn to before me,

the 9th day of June 2025.

NOTARY PUBLIC

# STATE OF NORTH CAROLINA

Mecklenburg_____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice

| Name And Address Of Plaintiff | |
|---|---|
| Andrew Dixon<br>c/o William Trippe McKeny<br>403 East Front Street<br>Statesville, NC 28677 | **SERVICEMEMBERS CIVIL RELIEF ACT<br>DECLARATION** |

**VERSUS**

Name And Address Of Defendant
Officer Jalpa Patel
c/o Charlotte Mecklenburg Police Dept
601 E. Trade Street
Charlotte, NC 28202

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

## DECLARATION

I, the undersigned Declarant, under penalty of perjury declare the following to be true:

1. As of the current date: *(check one of the following)*
   - ☐ a. I have personal knowledge that the defendant named above is in military service.*
   - ☐ b. I have personal knowledge that the defendant named above is **not** in military service.*
   - ☒ c. I am unable to determine whether the defendant named above is in military service.*

2. As of the current date, I ☐ have ☒ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See G.S. 127B-27 and G.S. 127B-28(b).*

3. I ☐ used ☒ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - ☐ The results from my use of that website are attached.
   - (**NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard or another order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will **not** appear in the SCRA Website database.*)

4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)*

**\*NOTE:** *The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

| Date<br>6/9/2025 | Signature Of Declarant | Name Of Declarant (type or print)<br>William Trippe McKeny |
|---|---|---|

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

*File No.* 25CV028608-590
25 CVS

Mecklenburg _____ County

In The General Court Of Justice

*Name And Address Of Plaintiff*
Andrew Dixon
c/o William Trippe McKeny
403 East Front Street
Statesville, NC 28677

## VERSUS

*Name And Address Of Defendant*
Officer Jack Moran
c/o Charlotte Mecklenburg Police Dept
601 E. Trade Street
Charlotte, NC 28202

## SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

| DECLARATION | |
|---|---|

I, the undersigned Declarant, under penalty of perjury declare the following to be true:

1. As of the current date: *(check one of the following)*
   - [ ] a. *I have personal knowledge that the defendant named above is in military service.*\*
   - [ ] b. *I have personal knowledge that the defendant named above is* **not** *in military service.*\*
   - [x] c. *I am unable to determine whether the defendant named above is in military service.*\*
2. As of the current date, I [ ] have [x] have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See* G.S. 127B-27 and G.S. 127B-28(b).
3. I [ ] used [x] did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - [ ] The results from my use of that website are attached.
   **(NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will* **not** *appear in the SCRA Website database.)*
4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)*

**\*NOTE:** *The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

| Date | Signature Of Declarant | Name Of Declarant (type or print) |
|---|---|---|
| 6/9/2025 | | William Trippe McKeny |

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice

Name And Address Of Plaintiff
Andrew Dixon
c/o William Trippe McKeny
403 East Front Street
Statesville, NC 28677

### VERSUS

Name And Address Of Defendant
Officer Kyle Brown
c/o Charlotte Mecklenburg Police Dept
601 E. Trade Street
Charlotte, NC 28202

## SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** _Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A._

## DECLARATION

I, the undersigned Declarant, under penalty of perjury declare the following to be true:

1. As of the current date: (check one of the following)
   - [ ] a. I have personal knowledge that the defendant named above is in military service.*
   - [ ] b. I have personal knowledge that the defendant named above is **not** in military service.*
   - [x] c. I am unable to determine whether the defendant named above is in military service.*

2. As of the current date, I [ ] have [x] have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. _See G.S. 127B-27 and G.S. 127B-28(b)._

3. I [ ] used [x] did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - [ ] The results from my use of that website are attached.
   
   **(NOTE:** _The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will **not** appear in the SCRA Website database.)_

4. The following facts support my statement as to the defendant's military service: _(State how you know the defendant is or is not in the military. Be specific.)_

**\*NOTE:** _The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4)._

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Date
6/9/2025

Signature Of Declarant

Name Of Declarant (type or print)
William Trippe McKeny

**NOTE TO COURT:** _Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her._

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____ Mecklenburg _____ County

File No. 25CV028608-590

25 CVS

In The General Court Of Justice

Name And Address Of Plaintiff
Andrew Dixon
c/o William Trippe McKeny
403 East Front Street
Statesville, NC 28677

**VERSUS**

Name And Address Of Defendant
Officer Jorge Santiago
c/o Charlotte Mecklenburg Police Dept
601 E. Trade Street
Charlotte, NC 28202

**SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION**

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** _Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A._

| DECLARATION |
|---|

**I, the undersigned Declarant, under penalty of perjury declare the following to be true:**

1. As of the current date: _(check one of the following)_
   - ☐ a. _I have personal knowledge that the defendant named above is in military service.*_
   - ☐ b. _I have personal knowledge that the defendant named above is_ **not** _in military service.*_
   - ☒ c. _I am unable to determine whether the defendant named above is in military service.*_

2. As of the current date, I ☐ have ☒ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. _See G.S. 127B-27 and G.S. 127B-28(b)._

3. I ☐ used ☒ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - ☐ The results from my use of that website are attached.
   - **(NOTE:** _The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will_ **not** _appear in the SCRA Website database.)_

4. The following facts support my statement as to the defendant's military service: _(State how you know the defendant is or is not in the military. Be specific.)_

**\*NOTE:** _The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4)._

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

| Date | Signature Of Declarant | Name Of Declarant (type or print) |
|---|---|---|
| 6/9/2025 | | William Trippe McKeny |

**NOTE TO COURT:** _Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her._

(Over)

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No. 25CV028608-590
25 CVS

In The General Court Of Justice

*Name And Address Of Plaintiff*
Andrew Dixon
c/o William Trippe McKeny
403 East Front Street
Statesville, NC 28677

### VERSUS

*Name And Address Of Defendant*
Chief of Pollice Johnny Jennings
c/o Charlotte Mecklenburg Police Dept
601 E. Trade Street
Charlotte, NC 28202

## SERVICEMEMBERS CIVIL RELIEF ACT DECLARATION

G.S. Ch. 127B, Art. 4; 50 U.S.C. 3901 to 4043

**NOTE:** *Though this form may be used in a Chapter 45 Foreclosure action, it is not a substitute for the certification that may be required by G.S. 45-21.12A.*

| DECLARATION |
|---|

I, the undersigned Declarant, under penalty of perjury declare the following to be true:

1. As of the current date: *(check one of the following)*
   - ☐ a. I have personal knowledge that the defendant named above is in military service.*
   - ☐ b. I have personal knowledge that the defendant named above is **not** in military service.*
   - ☒ c. I am unable to determine whether the defendant named above is in military service.*

2. As of the current date, I ☐ have ☒ have not received a copy of a military order from the defendant named above relating to State active duty as a member of the North Carolina National Guard or service similar to State active duty as a member of the National Guard of another state. *See G.S. 127B-27 and G.S. 127B-28(b).*

3. I ☐ used ☒ did not use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the defendant's federal military service.
   - ☐ The results from my use of that website are attached.
   - **(NOTE:** *The Servicemembers Civil Relief Act Website is a website maintained by the Department of Defense (DoD). If DoD security certificates are not installed on your computer, you may experience security alerts from your internet browser when you attempt to access the website. Members of the North Carolina National Guard under an order of the Governor of this State and members of the National Guard of another state under an order of the governor of that state will **not** appear in the SCRA Website database.)*

4. The following facts support my statement as to the defendant's military service: *(State how you know the defendant is or is not in the military. Be specific.)*

**\*NOTE:** *The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, Space Force, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. 3911(2). The term "military service" also includes the following: State active duty as a member of the North Carolina National Guard under an order of the Governor pursuant to Chapter 127A of the General Statutes, for a period of more than 30 consecutive days; service as a member of the National Guard of another state who resides in North Carolina and is under an order of the governor of that state that is similar to State active duty, for a period of more than 30 consecutive days. G.S. 127B-27(3) and G.S. 127B-27(4).*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

| Date 6/9/25 | Signature Of Declarant | Name Of Declarant (type or print) William, Trippe McKeny |
|---|---|---|

**NOTE TO COURT:** *Do not proceed to enter judgment in a non-criminal case in which the defendant has not made an appearance until a Servicemembers Civil Relief Act affidavit or declaration (whether on this form or not) has been filed, and if it appears that the defendant is in military service, do not proceed to enter judgment until such time that you have appointed an attorney to represent him or her.*

*(Over)*

AOC-G-250, Rev. 4/24
© 2024 Administrative Office of the Courts



The McKeny Law Firm
403 E. Front St.
Statesville, NC 28677

LN 202
6/13/25

7020 1290 0001 2054 9305

CERTIFIED MAIL

Charlotte City Manager
Attn: Marcus D. Jones
600 East 4ᵗʰ Street
Charlotte, NC 28202

RECEIVE
JUN 17 2025
CITY MANAGER'S OFFICE

CPU

U.S. POSTAGE IM
$10.24
FCML RDC 99
FCML: 28677
Orig: 28677
Dest: 28202
06/10/25
S2324A501055        MB
2000061939        20

# EXHIBIT 3

STATE OF NORTH CAROLINA
COUNTY OF MECKLNBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV028608-590

ANDREW DIXON,

*Plaintiff*,

v.

OFFICER JALPA PATEL, in his individual and official capacity; OFFICER JACK MORAN, in his individual and official capacity; OFFICER KYLE BROWN, in his individual and official capacity; OFFICER JORGE SANTIAGO, in his individual and official capacity; CHIEF OF POLICE JOHNNY JENNINGS, in his individual and official capacity,

*Defendants*.

**NOTICE OF REMOVAL TO FEDERAL COURT**

PLEASE TAKE NOTICE that, Defendant Chief of Police Johnny Jennings, in his official capacity, without waiving any defenses under Federal Rules of Civil Procedure 12(b), by and through undersigned counsel, has today removed the above-captioned action from the Superior Court of Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina. A copy of the Notice of Removal filed with the federal court is attached hereto as Exhibit 1.

1

Dated: July 15, 2025                              Respectfully submitted,

                                                  **OFFICE OF THE CITY ATTORNEY**

                                                  /s/ *Taylor Imperiale*
                                                  Taylor Imperiale (N.C. Bar No. 61777)
                                                  Assistant City Attorney
                                                  Charlotte-Mecklenburg Government Center
                                                  600 E. Fourth Street
                                                  Charlotte, North Carolina 28202
                                                  Telephone: (980) 275-9796
                                                  Taylor.Imperiale@charlottenc.gov

                                                  *Counsel for Defendant Johnny Jennings, in*
                                                  *his official capacity*

**CERTIFICATE OF SERVICE**

I certify that the foregoing Notice of Removal to Federal Court was filed and served through eCourts, which served all counsel of record, including Plaintiffs' counsel at the below email address:

William Trippe Mckeny
403 East Front Street
Statesville, NC 28677
trippe@mckenylawfirm.com


Dated: July 15, 2025


/s/ *Taylor Imperiale*
Taylor Imperiale (N.C. Bar No. 61777)

# EXHIBIT 4

# STATE OF NORTH CAROLINA

File No. 25CV028608-590

_____ Mecklenburg _____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff(s)
Andrew Dixon

**VERSUS**

## AFFIDAVIT OF SERVICE OF PROCESS BY
☒ **REGISTERED MAIL**
☒ **CERTIFIED MAIL**
☐ **DESIGNATED DELIVERY SERVICE**
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

Name Of Defendant
Kyle Brown, Johnny Jennings, Jack Moran, Jalpa Patel Jorge Santiag

I, the undersigned, did mail by ☒ registered mail (return receipt requested), ☒ certified mail (return receipt requested),
☐ designated delivery service (delivery receipt requested),

a copy of the summons and complaint ☒ and other document(s) (list) _____

in the above captioned action to (name of person to be served) Charlotte City Manager "Marcus D. Jones" _____,

addressed as follows: 600 E. Fourth St. Charlotte NC 28202 _____

Further, that copies of the summons and complaint ☒ and the above listed other document(s) (check, if applicable) were in fact
received by the defendant on (date of receipt) 06/17/2025 _____, as evidenced by the attached original receipt.

**(Attach original receipt or electronic proof of signature confirmation to this affidavit.)**

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney |
|---|---|
| Date 7/2/2025 | Signature Of Person Authorized To Administer Oaths Tammy M. Deal | Name (type or print) William Trippe Mckeny |
| Title Of Person Authorized To Administer Oaths Legal Assistant | |
| ☒ Notary | Date My Commission Expires 9-26-2025 | |
| SEAL | County Where Notarized Iredell | |

TAMMY M DEAL
NOTARY PUBLIC
ALEXANDER COUNTY, NC

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charlotte City Manager
Attn: Marcus D. Jones
600 E. Fourth St.
Charlotte, NC 28202

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8706 3310 4507 19

2. Article Number *(Transfer from service label)*

7020 1290 0001 2054 9305

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
Eric Todd

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☑ Return Receipt (hardcopy)      $ 0
☐ Return Receipt (electronic)    $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required       $ ____
☐ Adult Signature Restricted Delivery $ ____

Postmark
Here
JUN 1 0 2025

Postage
$ 1.29

Total Postage and Fees
$ 10.27

Sent To
Charlotte City Manager Attn: Marcus D. Jones

Street and Apt. No., or PO Box No.
600 E. Fourth St.

City, State, ZIP+4®
Charlotte NC 28202

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 70201290000120549305

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 7:46 am on June 17, 2025 in CHARLOTTE, NC 28202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
CHARLOTTE, NC 28202
June 17, 2025, 7:46 am

**See All Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers